1  Brenton R. Babcock (SBN 162,120)
   bbabcock@kmob.com
2  Rustin K. Mangum (SBN 280,109)
   rustin.mangum@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
4  Fourteenth Floor
   Irvine, CA  92614
5  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
6
7  Attorneys for Plaintiff
   EDGE SYSTEMS CORPORATION

8
   Audra Mori (SBN 162,850)                                   Closed
9  AMori@perkinscoie.com
   Michael J. Song (SBN 243,675)
10 MSong@perkinscoie.com
   PERKINS COIE LLP
11 1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
12 Telephone: (310) 788.9900
   Facsimile: (310) 788.3399
13
   Attorneys for Defendant
14 MICRO CURRENT TECHNOLOGY, INC.,
   d/b/a BIO-THERAPEUTIC, INC.
15

16            IN THE UNITED STATES DISTRICT COURT

17           FOR THE CENTRAL DISTRICT OF CALIFORNIA

18                         WESTERN DIVISION

19
20 EDGE SYSTEMS CORPORATION, a ) Civil Action No. 11-CV-10383 JFW
   California corporation,      ) (AGR)
21            Plaintiff,        )
                                )
22       v.                     ) **ORDER: STIPULATED**
                                ) **DISMISSAL WITH PREJUDICE**
23 BIO-THERAPEUTIC, INC., a     )
   Washington corporation, and MICRO )
24 CURRENT TECHNOLOGY, INC., a  ) Hon. John F. Walter
   Washington corporation,      )
25                              )
           Defendants.          )
26                              )
                                )
27                              )

28

## STIPULATED DISMISSAL ORDER

This case having come before this Court, and it being represented to the Court that Plaintiff Edge Systems Corporation ("Edge") and Defendant Micro Current Technology, Inc., d/b/a Bio-Therapeutic, Inc. ("BT") have compromised and settled the matters in dispute, IT IS HEREBY ORDERED, ADJUDICATED, and DECREED as follows:

## STIPULATED DISMISSAL WITH PREJUDICE

Having considered the STIPULATION of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1.  This Court has jurisdiction over the parties and the subject matter in this case.

2.  Venue is proper in this judicial district.

3.  Each of the parties SHALL BEAR ITS OWN COSTS AND ITS OWN ATTORNEYS' FEES.

4.  All claims and any counterclaims filed in this action SHALL BE DISMISSED from this action WITH PREJUDICE.

5.  Having addressed each of the claims and any counterclaims in this action, this case SHALL BE CLOSED.

Dated:   November 28, 2012

_____
Hon. John F. Walter
U.S. DISTRICT COURT JUDGE

14410304
112712