Brenton R. Babcock (SBN 162,120)
bbabcock@kmob.com
Rustin K. Mangum (SBN 280,109)
rustin.mangum@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
EDGE SYSTEMS CORPORATION

Audra Mori (SBN 162,850)
AMori@perkinscoie.com
Michael J. Song (SBN 243,675)
MSong@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788.9900
Facsimile: (310) 788.3399

Attorneys for Defendant
MICRO CURRENT TECHNOLOGY, INC.,
d/b/a BIO-THERAPEUTIC, INC.

Closed

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGE SYSTEMS CORPORATION, a California corporation,<br>        Plaintiff,<br><br>    v.<br><br>BIO-THERAPEUTIC, INC., a Washington corporation, and MICRO CURRENT TECHNOLOGY, INC., a Washington corporation,<br><br>        Defendants. | Civil Action No. 11-CV-10383 JFW (AGR)<br><br>**ORDER: STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Hon. John F. Walter |

## STIPULATED DISMISSAL ORDER

This case having come before this Court, and it being represented to the Court that Plaintiff Edge Systems Corporation ("Edge") and Defendant Micro Current Technology, Inc., d/b/a Bio-Therapeutic, Inc. ("BT") have compromised and settled the matters in dispute, IT IS HEREBY ORDERED, ADJUDICATED, and DECREED as follows:

## STIPULATED DISMISSAL WITH PREJUDICE

Having considered the STIPULATION of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction over the parties and the subject matter in this case.

2. Venue is proper in this judicial district.

3. Each of the parties SHALL BEAR ITS OWN COSTS AND ITS OWN ATTORNEYS' FEES.

4. All claims and any counterclaims filed in this action SHALL BE DISMISSED from this action WITH PREJUDICE.

5. Having addressed each of the claims and any counterclaims in this action, this case SHALL BE CLOSED.

Dated: November 28, 2012

_____
Hon. John F. Walter
U.S. DISTRICT COURT JUDGE

14410304
112712